IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CALVIN RAY, | § | |
| *Plaintiff,* | § § § | SA-21-CV-00712-FB |
| vs. | § § | |
| ATTORNEY GENERAL'S OFFICE CHILD SUPPORT DIVISION, | § § § | |
| *Defendant.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a Report and Recommendation recommending that the Court dismiss this case as frivolous pursuant to 28 U.S.C. § 1915(e). Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 27th day of July, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE